THE HANOVER FIRE INSURANCE COMPANY, Respondent, *v.*
THEODORE E. TOMLINSON, Appellant.

(Argued May 26, 1874 ; decided September 22, 1874.)

THIS was an appeal from an order of the General Term affirming an order of Special Term, striking out a portion of the answer as irrelevant, requiring other portions to be made more definite and certain, giving defendant leave to make and serve amended answer within ten days, and, in default thereof, directing that the portion of the answer ordered to be made more definite and certain be stricken out. *Held*, not appealable.

*Theodore E. Tomlinson*, appellant, in person.

*C. C. Tracey* for the respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.